■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN FINCHER, Appellant. [995 NYS2d 910]—

Judgment, Supreme Court, Bronx County (Megan Tallmer, J.), rendered July 3, 2012, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of six years, to be followed by five years' postrelease supervision, unanimously modified, on the law, to the extent of reducing the mandatory surcharge from $300 to $250 and reducing the crime victim assistance fee from $25 to $20, and otherwise affirmed.

Although we find that the sentence is not excessive, since defendant committed the crime at issue before the effective date of the legislation increasing the mandatory surcharge and crime victim assistance fee, defendant's sentence, as the People concede, is unlawful to the extent indicated (*see e.g. People v Cruz*, 112 AD3d 478 [2013], *lv denied* 23 NY3d 1019 [2014]). Concur—Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.

---

The decision and order of this Court entered herein on September 23, 2014 (120 AD3d 1115 [2014]) is hereby recalled and vacated (*see* 2014 NY Slip Op 90884[U] [2014] [decided simultaneously herewith]).